**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**OBIE L. LOVELACE,**

    **Plaintiff,**

**v.**                                                         **Case No:2:19-cv-00075-MSD-DEM**

**HAROLD CLARKE,** *et al.***,**

    **Defendants.**

**MOTION FOR LEAVE TO WITHDRAW AND MEMORANDUM IN SUPPORT**

Bonnie P. Lane, Esquire, hereby moves this Honorable Court, pursuant to Local Civil Rule 83.1(G), to grant her leave to withdraw from this case. This motion is made with respect to Ms. Lane individually, and the law firm of Goodman Allen Donnelly PLLC does not seek withdrawal in this case. In support thereof, Ms. Lane states as follows:

Ms. Lane has tendered her resignation to the law firm Goodman Allen Donnelly PLLC. A. William Charters, Esquire, and C. Thea Pitzen, Esquire, will continue to serve as counsel of record on behalf of Defendant Dr. Charles Campbell. No party will be prejudiced by the withdrawal of Ms. Lane as a counsel of record.

WHEREFORE, Ms. Lane respectfully requests the Court enter an Order allowing her to withdraw as counsel, that the Clerk's office removes her name from the list of individuals in receipt of notices via the CM/ECF system, and any other such relief the Court deems just.

Respectfully Submitted,

*/s/ Bonnie P. Lane*
Bonnie P. Lane, Esquire (Va. Bar No. 75608)
Goodman Allen Donnelly, PLLC
150 Boush Street, Suite 900
Norfolk, Virginia 23510
Phone: 757-625-1400
Fax: 757-625-7701
blane@goodmanallen.com
*Counsel for Defendant Dr. Charles Campbell*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mario B. Williams, Esquire (Va. Bar No. 91955)
Nexus Derechos Humanos Attorneys, Inc.
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
Phone: (404) 254-0442
Fax: (703) 935-2453
mwilliams@ndhlawyers.com
*Counsel for Plaintiff*

Jeff W. Rosen, Esq. VSB #22689
Pender & Coward, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: (757) 490-6293
Fax: (757) 497-1914
jrosen@pendercoward.com
*Counsel for Clarke, Amonette, and Herrick*

*/s/ Bonnie P. Lane*
Bonnie P. Lane, Esquire (Va. Bar No. 75608)
Goodman Allen Donnelly, PLLC
150 Boush Street, Suite 900
Norfolk, Virginia 23510
Phone: 757-625-1400
Fax: 757-625-7701
blane@goodmanallen.com
*Counsel for Defendant Dr. Charles Campbell*