IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **OBIE L. LOVELACE,** ) | |
| ) | |
| Plaintiff, ) | Case No.: |
| ) | 2:19-cv-00075-MSD-DEM |
| ) | |
| v. ) | |
| ) | |
| **HAROLD CLARKE et al,** ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

NOTICE is hereby given that an agreement and commitment between Plaintiff and Defendant Dr. Charles Campbell were reached on October 14, 2022. Upon receipt of the settlement proceeds, the undersigned intends to file a Voluntary Dismissal.

Respectfully submitted this 8th day of November 2022,

/s/MARIO B. WILLIAMS
Mario B. Williams
(Va. Bar No. 91955)

**HDR LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442
mwilliams@hdrattorneys.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system which automatically sends email notification of such filing to all counsel of record.

Respectfully submitted this 8th day of November 2022,

/s/ MARIO B. WILLIAMS
Mario B. Williams (Va. # 91955)

**HDR, LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
(404) 254-0442
mwilliams@hdrattorneys.com
*Counsel for Plaintiff*