# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

**OBIE L. LOVELACE,**

      **Plaintiff,**

v.                                          **Civil Action No. 2:19cv75**

**HAROLD CLARKE, et al.,**

      **Defendants.**

### ORDER

The parties herein have reported to the court that this matter is settled. It is, therefore, **ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk shall forward copies of this order to all counsel of record.

/s/
Douglas E. Miller
United States Magistrate Judge

November 28, 2022

Douglas E. Miller, U.S. Magistrate Judge